UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ACCEL SCHOOLS SR LLC,

    Plaintiff,                                              Case No. 3:25-cv-303

vs.

TRAVONNA HUNTER,                        District Judge Michael J. Newman
                                                            Magistrate Judge Caroline H. Gentry

    Defendant.

_____

**ORDER: (1) GRANTING DEFENDANT'S *PRO SE* MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION TO SET ASIDE THE CLERK'S ENTRY OF DEFAULT (Doc. No. 10); (2) SETTING A BRIEFING SCHEDULE; AND (3) PLACING DEFENDANT ON NOTICE THAT IF SHE DOES NOT FILE A TIMELY MOTION, PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT MAY BE GRANTED AND JUDGMENT ENTERED AGAINST DEFENDANT**

_____

        This civil case was filed on September 15, 2025. The docket reflects that Defendant Travonna Hunter was served on September 23, 2025, establishing an answer date of October 14, 2025. Doc. No. 5. Upon that date, Defendant had not answered and, therefore, it appeared Defendant was in default. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Plaintiff filed an application to the Clerk for entry of default against Defendant on October 23, 2025 (Doc. No. 9), and the Clerk of Court put on an entry of default on October 28, 2025 (Doc. No. 10). Then, on December 19, 2025, Defendant filed a *pro se* letter in response to Plaintiff. Doc. No. 12. Plaintiff filed a motion for default judgment on December 22, 2025. Doc. No. 13.

        The Court liberally construes the letter in Defendant's favor as a *pro se* motion for an extension of time to file a motion to set aside the clerk's entry of default. *Estelle v. Gamble*, 429

U.S. 97, 106 (1976); *see United States v. Hawkins*, 793 F. App'x 416, 417 n.1 (6th Cir. 2020).  For good cause shown, the Court **GRANTS** Defendant's request.

Defendant shall file her motion and accompanying memorandum to set aside the clerk's entry of default by **February 6, 2026**, and Plaintiff shall file their reply by **February 20, 2026**.  Defendant is placed on **NOTICE** that if she does not file a timely response, Plaintiff's motion for default judgment may be granted and entered against her.

**IT IS SO ORDERED.**

January 15, 2026    s/*Michael J. Newman*
    Hon. Michael J. Newman
    United States District Judge